UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN FIDELITY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:20-cv-00284-FJG ) |
| TUTERA GROUP, INC.; TUTERA SENIOR LIVING & HEALTH CARE, LLC; and CARLINVILLE REHABILITATION AND HEALTH CARE CENTER, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Great American Fidelity Insurance Company ("Great American") and Defendants Tutera Group, Inc.; Tutera Senior Living & Health Care, LLC; and Carlinville Rehabilitation and Health Care Center, LLC (collectively, the "Tutera Parties"), by and through undersigned counsel, and jointly stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In support of their Joint Stipulation of Dismissal, the parties state as follows:

1. On April 9, 2020, Great American filed a complaint in this action (the "Complaint") (Doc. No. 1) seeking a determination that Great American does not have a duty to defend or to indemnify the Tutera Parties in connection with the purported class action lawsuit styled *Emily Farris v. Tutera Group, Inc., et al.*, Case No. 2019ch42 (Ill. Cir. Ct., Macoupin Cty.) (the "Farris Action") under Miscellaneous Professional Liability Insurance Policy No. MPL1751047, issued by Great American to Defendant Tutera Group, Inc. and other entities for the policy period of August 31, 2018 to August 31, 2019.

2. On July 27, 2020, the Tutera Parties filed an answer to the Complaint and counterclaim against Great American (the "Counterclaim") (Doc. No. 8).

3. On August 31, 2020, Great American filed a reply to the Tutera Parties' Counterclaim (Doc. No. 22).

4. On October 21, 2020, Great American filed a Motion for Judgment on the Pleadings regarding the claims asserted in the Complaint and the Counterclaim (Doc. No. 30).

5. On October 22, 2020, the parties successfully mediated their dispute with mediator Brad Winters. The mediation also included the plaintiff in the Farris Action. All parties reached an agreed compromise resolution at mediation.

6. On November 4, 2020, Great American and the Tutera Parties filed a Joint Motion to Stay Proceedings (Doc. No. 33), seeking a stay of these proceedings until such time as the approval process has concluded in the Farris Action.

7. That same day, the Court granted the Joint Motion to Stay Proceedings and entered an order staying this action and suspending all scheduling order deadlines pending further action by the Illinois state court (Doc. No. 34).

8. On May 21, 2021, the Illinois state court entered a Final Order and Judgment granting final approval of the class action settlement in the Farris Action and dismissing the Farris Action with prejudice.

9. Great American has agreed to dismiss the Complaint against the Tutera Parties with prejudice.

10. The Tutera Parties have agreed to dismiss the Counterclaim against Great American with prejudice.

WHEREFORE, for the reasons set forth above, the parties hereby stipulate that Great American's Complaint be dismissed with prejudice, and that the Tutera Parties' Counterclaim be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 23, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Morgan L. Chinoy* | */s/ Kate B. McKinney* |
| Patrick J. Kenny  MO #38032 | William A. Mallory  MO#26184 |
| Lauren H. Navarro  MO #68111 | Kate B. McKinney  MO #47935 |
| ARMSTRONG TEASDALE LLP | MARTIN, PRINGLE, OLIVER, |
| 7700 Forsyth Blvd., Suite 1800 | WALLACE & BAUER, L.L.P. |
| St. Louis, Missouri 63105 | 9401 Indian Creek Parkway |
| 314.621.5070 | Building 40, Suite 1150 |
| 314.621.5065 (facsimile) | Overland Park, KS 66210 |
| pkenny@atllp.com | 913.491.5500 |
| lnavarro@atllp.com | 913.491.3341 (facsimile) |
| | wamallory@martinpringle.com |
| Richard A. Simpson (admitted pro hac vice) | kbmckinney@martinpringle.com |
| Kimberly Ashmore (admitted pro hac vice) | |
| Morgan L. Chinoy (admitted pro hac vice) | *Counsel for Defendants Tutera Group,* |
| WILEY REIN LLP | *Inc.; Tutera Senior Living & Health Care,* |
| 1776 K Street, N.W. | *LLC; and Carlinville Rehabilitation and* |
| Washington, DC 20006 | *Health Care Center, LLC* |
| 202.719.7000 | |
| 202.719.7049 (facsimile) | |
| rsimpson@wiley.law | |
| kashmore@wiley.law | |
| mchinoy@wiley.law | |

*Counsel for Plaintiff Great American Fidelity Insurance Company*